UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **EDCV 17-1264-MWF(FFMx)** | Dated: **August 28, 2017** |
| Title: | Jane Doe -*v*- Medalist Holdings, Inc., et al. | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Vincent T. Nappo | Scott R. Commerson |

**PROCEEDINGS:**      **PLAINTIFF'S MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT [26]**

     The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

     Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-

:17 min